# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pym, Sheri | U.S. District Court for the Central District of California | 05/14/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, Full-Time | ☐ Nomination　Date<br>☐ Initial　☑ Annual　☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

3470 12th Street
Riverside, CA 92501

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Honorary Board Member | Federal Bar Association, Inland Empire Chapter |
| 2. | Personal Representative | Estate of relative #1 |
| 3. | Board Member and GU12 Division Commissioner | American Youth Soccer Organization, Claremont Region 3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Pomona College -- salary |
| 2. | 2013 | Columbia University Press -- book review fee |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Pym, Sheri** | 05/14/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Vanguard Prime Money Market Fund | A | Int./Div. | N | T | | | | | |
| 2. Vanguard Rollover IRA | D | Dividend | N | T | | | | | |
| 3. -- Vanguard Capital Opportunity Fund Adm | | | | | | | | | |
| 4. -- Vanguard Growth Index Fund Adm | | | | | | | | | |
| 5. --Vanguard STAR Fund | | | | | | | | | |
| 6. -- Vanguard U.S. Value Fund | | | | | | | | | |
| 7. Vanguard Roth IRA #1 | B | Dividend | K | T | | | | | |
| 8. -- Vanguard Explorer Fund Inv | | | | | | | | | |
| 9. -- Vanguard Small-Cap Index Fund Adm | | | | | | | | | |
| 10. Vanguard Roth IRA #2 | A | Dividend | K | T | | | | | |
| 11. -- Vanguard Total Stock Market Index Fund Inv | | | | | | | | | |
| 12. -- Vanguard Windsor II Fund Inv | | | | | | | | | |
| 13. Claremont University Consortium 403(B)(7) Plan | C | Dividend | M | T | | | | | |
| 14. -- Vanguard International Growth Fund Inv | | | | | | | | | |
| 15. -- Vanguard LifeStrategy Growth Fund | | | | | Buy (add'l) | 07/02/13 | J | | |
| 16. | | | | | Buy (add'l) | 07/31/13 | J | | |
| 17. -- Vanguard STAR Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Vanguard Windsor II Fund Inv | | | | | | | | | |
| 19. -- Vanguard 500 Index Fund Inv | | | | | | | | | |
| 20. Pomona College Academic Retirement Plan | B | Dividend | M | T | | | | | |
| 21. -- CREF Growth Fund | | | | | | | | | |
| 22. -- CREF Equity Index Fund | | | | | | | | | |
| 23. -- CREF Global Equities Fund | | | | | | | | | |
| 24. -- Vanguard Total Stock Market Index Institutional Fund | | | | | Buy | 11/08/13 | J | | |
| 25. -- Vanguard Target Retirement 2030 Fund | | | | | | | | | |
| 26. -- Vanguard Total Stock Market Index Signal Fund | | | | | Sold | 11/08/13 | J | | |
| 27. Northwestern Mutual Variable Life Insurance #1 | A | Dividend | K | T | | | | | |
| 28. -- Northwestern Mutual Index 500 Stock Fund (MSA) | | | | | | | | | |
| 29. -- Northwestern Mutual Mid Cap Growth Stock Fund (MSA) | | | | | | | | | |
| 30. Northwestern Mutual Variable Life Insurance #2 | A | Dividend | K | T | | | | | |
| 31. -- Northwestern Mutual Growth Stock Fund (MSA) | | | | | | | | | |
| 32. -- Northwestern Mutual Index 400 stock Fund (MSA) | | | | | | | | | |
| 33. Vanguard UGTMA Account #1 | A | Dividend | J | T | | | | | |
| 34. -- Vanguard Lifestrategy Moderate Growth Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard UGTMA Account #2 | A | Dividend | J | T | | | | | |
| 36. -- Vanguard Lifestrategy Moderate Growth Fund | | | | | | | | | |
| 37. Vanguard Education Savings Account #1 | A | Dividend | J | T | | | | | |
| 38. -- Vanguard Explorer Fund Inv | | | | | | | | | |
| 39. -- Vanguard STAR Fund | | | | | | | | | |
| 40. Vanguard Education Savings Account #2 | A | Dividend | J | T | | | | | |
| 41. -- Vanguard Small-Cap Growth Index Fund | | | | | | | | | |
| 42. College Savings Iowa 529 Plan #1 | | None | L | T | | | | | |
| 43. -- Vanguard Growth Age-Based Track: Growth Portfolio | | | | | Sold | 04/04/13 | L | | |
| 44. -- Vanguard Growth Age-Based Track: Moderate Growth | | | | | Buy | 04/04/13 | L | | |
| 45. College Savings Iowa 529 Plan #2 | | None | L | T | | | | | |
| 46. -- Vanguard Growth Age-Based Track: Growth Portfolio | | | | | Buy (add'l) | 12/31/13 | J | | |
| 47. University of California Retirement Savings Program | A | Dividend | J | T | | | | | |
| 48. -- UC Savings Fund | | | | | | | | | |
| 49. Putnam UGTMA Account #1 | A | Dividend | J | T | | | | | |
| 50. -- Putnam Dynamic Asset Allocation Balanced Fund | | | | | | | | | |
| 51. -- Putnam Dynamic Asset Allocation Growth Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 7 of 10

**Name of Person Reporting**

Pym, Sheri

**Date of Report**

05/14/2014

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Putnam UGTMA Account #2 | A | Dividend | J | T | | | | | |
| 53. -- Putnam Dynamic Asset Allocation Balanced Fund | | | | | | | | | |
| 54. -- Putnam Dynamic Asset Allocation Growth Fund | | | | | | | | | |
| 55. Virginia 529 College Savings Plan #1 | A | Dividend | K | T | | | | | |
| 56. -- American Funds Bond Fund of America | | | | | | | | | |
| 57. -- American Funds Capital World Growth and Income Fund | | | | | | | | | |
| 58. -- American Funds Growth Fund of America | | | | | | | | | |
| 59. -- American Funds New Perspective Fund | | | | | | | | | |
| 60. -- American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 61. Virginia 529 College Savings Plan #2 | A | Dividend | J | T | | | | | |
| 62. -- American Funds Bond Fund of America | | | | | | | | | |
| 63. -- American Funds Capital World Growth and Income Fund | | | | | | | | | |
| 64. -- American Funds Growth Fund of America | | | | | | | | | |
| 65. -- American Funds New Perspective Fund | | | | | | | | | |
| 66. -- American Funds Washington Mutual Investors Fund | | | | | | | | | |
| 67. Franklin Templeton 529 College Savings Plan #1 | | None | K | T | | | | | |
| 68. --Templeton Growth 529 Portfolio | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Franklin Growth 529 Portfolio | | | | | | | | | |
| 70. -- Franklin Small Mid Cap Growth 529 Portfolio | | | | | | | | | |
| 71. -- Mutual Shares 529 Portfolio | | | | | | | | | |
| 72. -- S&P 500 Index 529 Portfolio | | | | | | | | | |
| 73. Franklin Templeton 529 College Savings Plan #2 | | None | K | T | | | | | |
| 74. -- Founding Funds 529 Portfolio | | | | | | | | | |
| 75. Schwab bank account (X) | A | Interest | J | T | | | | | |
| 76. Chase bank account | A | Interest | J | T | | | | | |
| 77. Real property in San Juan County, WA (X) | | None | L | Q | | | | | |
| 78. Real property in Shoreline, WA | | None | | | Sold | 09/05/13 | N | E | SG Land Group, LLC |
| 79. Chase bank account for estate of relative #1 | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pym, Sheri | 05/14/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, line 75 -- this Schwab account was previously held, but was not reportable in prior years due to account value and income.

2) Part VII, line 77 -- this property was appraised on 10/23/2012, and the value shown reflects my interest in the whole.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sheri Pym**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544